# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| BERGER PROPERTIES OF TEXAS, LLC, | § § § | Case No. 15-30313 |
| | § § | (Chapter 11) |
| Debtor | § § | |
| BERGER PROPERTIES OF OHIO, LLC, | § § § | Case No. 15-30314 |
| | § § | (Chapter 11) |
| Debtor | § § | |
| BERGER PROPERTIES OF FLORIDA, LLC, | § § § | Case No. 15-30315 |
| | § § | (Chapter 11) |
| Debtor | § § | |
| BERGER PROPERTIES OF MARYLAND, LLC, | § § § | Case No. 15-30317 |
| | § § | (Chapter 11) |
| Debtor | § § | |
| S & D UNLIMITED, LLC, | § § § | Case No. 15-30318 |
| | § § | (Chapter 11) |
| Debtor | § § | |
| S & D UNLIMITED OF TEXAS, LLC, | § § § | Case No. 15-30319 |
| | § § | (Chapter 11) |
| Debtor | § § | |
| THE UNLIMITED GROUP, INC. | § § § | Case No. 15-30321 |
| | § § | (Chapter 11) |
| Debtor | § § | |
| | § § | (Jointly Administered) |
| | § | |

**ORDER: (I) VACATING ORAL ORDER GRANTING MOTION TO APPOINT A CHAPTER 11 TRUSTEE; (II) DENYING MOTION TO APPOINT A CHAPTER 11 TRUSTEE; AND (III) DESIGNATING KEITH M. NORTHERN AS SOLE AND EXCLUSIVE REPRESENTATIVE OF DEBTORS-IN-POSSESSION**

On this day came for consideration the oral motion (Doc. No. 53) (the "Motion for Relief") by Keith Northern, sole and exclusive corporate manager of the Debtors, for relief from Court's oral order (the "Order to Appoint") granting the Motion to Appoint a Chapter 11 Trustee (Doc. No. 41, the "Motion to Appoint") filed by debtor-in-possession's former management. Upon consideration of the Motion for Relief and the submissions to the Court by the various parties, including the authorities cited in such submissions, for the reasons set forth on the record at the hearing held on January 29, 2015 (the "Hearing"), and whereupon the Court finds that (i) it has jurisdiction over the Motion for Relief; (ii) notice of the Motion for Relief and the Hearing was proper and sufficient under the circumstances, and (iii) the legal and factual bases set forth in the submissions in support of the Motion for Relief establish just cause for the relief requested therein; it is therefore hereby:

ORDERED, that the Motion for Relief is GRANTED; it is further

ORDERED, that the Court's Order to Appoint is VACATED; and it is further

ORDERED, that Keith M. Northern, as the sole and exclusive managing member, corporate officer, and representative of each of the Debtors, is hereby designated to act as debtor-in-possession with respect to each of the Debtors; and it is further

ORDERED, that in such role, Keith M. Northern may exercise all of the rights and powers granted to a debtor-in-possession under 11 U.S.C. § 101,*et al.*; and it is further

ORDERED, that Stuart D. Berger and any other person who has any information helpful to the administration of the Debtors' bankruptcy estates, shall fully cooperate with Keith M. Northern in the discharge of his duties hereunder; and it is further

ORDERED, that the Motion to Appoint is hereby DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: _____.                   _____
                                       HONORABLE JEFF BOHM
                                       UNITED STATES BANKRUPTCY JUDGE